UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>James Pierce</u>

  v.         Case No. 06-cv-422-SM

<u>Hillsborough County</u>
<u>Dept. of Corrections, et al.</u>


        <u>ORDER</u>

 Re: Document No. 42, Defendants' Motion for Summary Judgment

 Ruling: Granted.  Given plaintiff's concession (doc. No. 43), summary judgment is granted with respect to Count I.  The court declines to exercise supplemental jurisdiction over the state law claims, which are dismissed without prejudice.  <u>Camelio v. American Federation</u>, 137 F.3d 666, 672  (1st Cir. 1998).  The clerk shall close the case.


             /s/ Steven J. McAuliffe
             Steven J. McAuliffe
             Chief Judge

Date: October 10, 2008

cc: Michael Sheehan, Esq.
   John Curran, Esq.
   Elizabeth Hurley, Esq.